**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANNETTE WORLEY,

    Plaintiff,

v.                                                        Case No. 11-15268

AKB EXPRESS, INC., et al.,

    Defendants.

                                                     /

**ORDER GRANTING DEFENDANTS' "MOTION TO COMPEL PLAINTIFF'S BANK ACCOUNT INFORMATION"**

Plaintiff alleges that one of Defendants, while driving a semi-trailer truck, negligently struck Plaintiff's automobile. Among other harms, Plaintiff alleges disability, including a diminished ability to enjoy life. Among other remedies, Plaintiff demands lost wages. In part to either confirm or disprove both Plaintiff's disability and Plaintiff's unemployment, Defendants sent Plaintiff an interrogatory requesting Plaintiff's bank records. Plaintiff objected to the request. Defendants therefore move to compel production of the records. Plaintiff submits no response.

During a September 11, 2012, on-the-record telephone conference Plaintiff offered no sufficient reason for withholding the bank records. For the reasons stated by the court during the telephone conference,

IT IS ORDERED that Defendants' "Motion to Compel Plaintiff's Bank Account Information" [Dkt. # 20] is GRANTED.[1]

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: September 12, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 12, 2012, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

---

[1] Defendants may submit a motion under Federal Rule of Civil Procedure 37(a)(5) by **September 18, 2012**. Failure to submit a timely motion will waive any right to Rule 37(a)(5) costs and fees.

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-15268.WORLEY.Grant.Mot.Compel.ckb.wpd