UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNETTE WORLEY,

   Plaintiff,         Case No. 11-CV-15268

v                Hon. Robert Cleland

AKB EXPRESS INC., a foreign corporation,
and EMMANUEL G. ADOM,

    Defendants.

---

| | |
|---|---|
| ROBERT M. RAITT P47017 | JOHN T. EADS, III P43815 |
| GURSTEN, KOLTONOW, GURSTEN, | Kopka, Pinkus, Dolin & Eads, P.L.C. |
| CHRISTENSEN & RAITT, P.C. | Attorneys for Defendants |
| Attorney for Plaintiff | 33533 W. Twelve Mile Rd., Suite 350 |
| 30101 Northwestern Highway | Farmington Hills, MI 48331-5611 |
| Farmington Hills, MI 48334 | (248) 324-2620; Fax (248) 324-2610 |
| (248) 353-7575; Fax (248) 254-8076 | |
| rrait@michiganautolaw.com | |

*(Left margin, vertical text: Gursten, Koltonow, Gursten, Christensen & Raitt, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575)*

## **STIPULATED PROTECTIVE ORDER PURSUANT TO MCR 2.302(C)**

This matter having come before the Court, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that:

1. This Protective Order shall govern the production of the following materials:

  a. The name and account number of every banking institution Plaintiff has had access to since January 2011.

  b. Any and all information regarding Plaintiff's bank accounts maintained by Plaintiff's banking institutions.

  c. Any and all information obtained pursuant to authorizations directed at Plaintiff's banking institutions.

Gursten, Koltonow, Gursten, Christensen & Raitt, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575

2. Protected information will be used only for the purposes of litigation and in compliance with the applicable Michigan Court Rules, including, but not limited to MCR 2.302(C) and the Michigan Rules of Evidence, and will not be disclosed to any individual unrelated to this litigation.

3. The provisions of this Stipulated Protective Order shall not terminate at the final conclusion of this action. Upon termination, either by final judgment after appeal, if any, or by settlement of this litigation, upon request, Defendant's counsel shall return to Plaintiff's counsel all materials and information protected by this order. Counsel shall destroy any and all extracts, summaries and analysis of the information or materials protected by this Order.

4. The attorneys of record are responsible for employing measures to control, consistent with this Stipulated Protective Order, the duplication of, access to and distribution of copies of confidential documents. Parties shall not duplicate any confidential documents except for working copies and/or for filing with the Court under seal.

DATED: September 27, 2012

s/Robert H. Cleland
UNITED STATES DISTRICT COURT JUDGE

Approved as to form and substance:

/s/ Robert M. Raitt_____
ROBERT M. RAITT P47017

John T. Eads, III_____
JOHN T. EADS  P43825

2

Gursten, Koltonow, Gursten, Christensen & Raitt, 30101 Northwestern Highway, Farmington Hills MI 48334 (248) 353-7575